IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. **5:13-CR-50009-002** |
| | ) | |
| DIANA STEWART | ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Second Superseding Indictment filed in the above-entitled and numbered cause on June 5, 2013, be on the same day hereby dismissed without prejudice.

Entered on this 6th day of May, 2015.

_____
HONORABLE TIMOTHY L. BROOKS
United States District Judge